## MASSEY v. SIZEMORE.

No. 24846.   March 26, 1935.

McKeown & Green, for plaintiff in error.

Truman Harrison, Ernest Crabtree, and E. N. Jones, for defendant in error.

PER CURIAM. The appeal was filed herein July 12, 1933, and brief of the plaintiff in error filed June 10, 1934. No brief has been filed by the defendant in error, and under the rule for failure to file brief the cause is reversed and remanded, with directions to grant a new trial.